UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |  |
|---|---|
| MOONBUG ENTERTAINMENT LIMITED,<br><br>                                 Plaintiff<br><br>                 -   against -<br>6383702, 9654956, AIRINA4U-AIRINA4U, BINGOHERE4U, BLESSERNN, CIAOCIAOSTORE_1, CLASSY*MISSY, CREAT_KELLY, DREAMAKER1201, FZSHENGMAOXIN, GATHERING-RETAIL, GKEVER2016, JACKINTHEBOX02, JFBCHUPMEI, JOHLEVI94, LAZYCORNER, LONGJFLI-1, LUOMEIKIT, LVXINGJIATRAVEL2016, MARIOCOSTUME, MARK-CONDOR, MEILIANDUOTOA, MWZUK, NATURALIFT_BEAUTY, PRETTYCLOTHA, SHENGXINYIDE2021NEW, SHIHENGTRAD, SPRING-2010, THINKINGTIMEW, TIANCHUANGBUILD04, TOMASOCOSTUME, TOYCITY-02, TOYSCHINA2011, XUEME-28, YHZB520, YIHEYH and ZBYH1314,<br><br>                                 Defendants. | **ORDER TO UNSEAL**<br><br>21 Civ. 4311 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        All Defendants in this action having been served, the Clerk of Court is respectfully directed to unseal this case and post all papers filed prior to this Order on the Court's Electronic Case Filing system.

Dated:  New York, New York
          June 21, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

1