UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOONBUG ENTERTAINMENT LIMITED,

                              Plaintiff

         -     against –
         -
6383702, 9654956, AIRINA4U-AIRINA4U,
BINGOHERE4U, BLESSERNN,
CIAOCIAOSTORE_1, CLASSY*MISSY,
CREAT_KELLY, DREAMAKER1201,
FZSHENGMAOXIN, GATHERING-RETAIL,
GKEVER2016, JACKINTHEBOX02,
JFBCHUPMEI, JOHLEVI94, LAZYCORNER,
LONGJFLI-1, LUOMEIKIT,
LVXINGJIATRAVEL2016, MARIOCOSTUME,
MARK-CONDOR, MEILIANDUOTOA, MWZUK,
NATURALIFT_BEAUTY, PRETTYCLOTHA,
SHENGXINYIDE2021NEW, SHIHENGTRAD,
SPRING-2010, THINKINGTIMEW,
TIANCHUANGBUILD04, TOMASOCOSTUME,
TOYCITY-02, TOYSCHINA2011, XUEME-28,
YHZB520, YIHEYH and ZBYH1314,

                              Defendants.

**ORDER**

21 Civ. 4311 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

         No Defendant in this action has responded to the Complaint or otherwise

appeared.  On July 22, 2021, Plaintiff voluntarily dismissed Defendant toyschina2011.  (Dkt. No.

17)  There has been no other activity on the docket since the Court granted Plaintiff's motion for

a preliminary injunction on June 21, 2021.  (Dkt. No. 12)  Accordingly, by **November 26, 2021**,

Plaintiff will move for a default judgment as to the remaining Defendants or show cause why this

action should not be dismissed for failure to prosecute.  Any application for a default judgment

must comply with this Court's Individual Rules of Practice for Civil Cases.

Dated:  New York, New York
           November 12, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge