```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MOONBUG ENTERTAINMENT LIMITED,        :
                                      :
                         Plaintiff,   :
                                      :
        - against -                   :
                                      :
6383702, et al.,                      :
                                      :
                         Defendants.  :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/16/2022

21-CV-4311 (PGG) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

In light of briefing and declarations previously submitted in support of earlier applications in this case, the order at Dkt. 37 is vacated, and Plaintiff need not submit additional inquest material unless and until the Court requests any.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   May 16, 2022
         New York, New York