UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MOONBUG ENTERTAINMENT LIMITED,

                Plaintiff,

-against-                                            21 **CIVIL** 4311 (PGG)(RWL)

**DEFAULT JUDGMENT**

6383702, 9654956, AIRINA4U-AIRINA4U, BINGOHERE4U, BLESSERNN, CIAOCIAOSTORE_1, CLASSY*MISSY, CREAT_KELLY, DREAMAKER1201, FZSHENGMAOXIN, GATHERING-RETAIL, GKEVER2016, JACKINTHEBOX02, JFBCHUPMEI, JOHLEVI94, LAZYCORNER, LONGJFLI-1, LUOMEIKIT, LVXINGJIATRAVEL2016, MARIOCOSTUME, MARK-CONDOR, MEILIANDUOTOA, MWZUK, NATURALIFT_BEAUTY, PRETTYCLOTHA, SHENGXINYIDE2021NEW, SHIHENGTRAD, SPRING-2010, THINKINGTIMEW, TIANCHUANGBUILD04, TOMASOCOSTUME, TOYCITY-02, TOYSCHINA2011, XUEME-28, YHZB520, YIHEYH, and ZBYH1314,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated July 13, 2022, the R&R is adopted in its entirety and Plaintiff is awarded $50,000 in statutory damages against each Defaulting Defendant. Post-judgment interest is awarded using the federal rate set forth in 28 U.S.C. § 1961, calculated from the date the judgment is entered in this action until the date of payment; accordingly, the case is closed.

**Dated:** New York, New York

      July 14, 2022

                                                          **RUBY J. KRAJICK**

                                                          **Clerk of Court**
                      **BY:**              *K. Mango*

                                                          **Deputy Clerk**